UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER DYKE by his guardian
VIRGINIA DYKE,

    Plaintiffs,

v

NICK LYON, Director, Michigan
Department of Health and Human
Services, in his official capacity;
MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
CONNIE CONKLIN, Director of
Livingston County Community Mental
Health, in her official capacity;
LIVINGSTON COUNTY COMMUNITY
MENTAL HEALTH; JANE
TERWILLIGER, Executive Director,
Community Mental Health Partnership of
Southeast Michigan, in her official
capacity; and COMMUNITY MENTAL
HEALTH PARTNERSHIP OF
SOUTHEAST MICHIGAN,

    Defendants.

No. 2:16-cv-10393-RHC-RSW

HON. ROBERT H. CLELAND
MAG. R. STEVEN WHALEN

**STIPULATED ORDER OF
DISMISSAL OF COMMUNITY
MENTAL HEALTH PARTNERSHIP
OF SOUTHEAST MICHIGAN AND
JANE TERWILLIGER**

---

Andrea L. Rizor (P78382)
Michigan Protection & Advocacy Service
Attorney for Plaintiffs
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
(517) 487-1755

---

| | |
|---|---|
| Joshua S. Smith (P63349) | JOHNSON, ROSATI, SCHULTZ & |
| William R. Morris (P31957) | JOPPICH, P.C. |
| Attorneys for Defendants Nick Lyon and | Margaret T. Debler (P43905) |
| Michigan Dept. of Health and Human Srvc. | Laura Bailey Brown (P79742) |
| Michigan Dept. of Attorney General | Attorneys for Defendants LCCMH, |
| Health, Education & Family | Conklin, CMHPSM and |
| Services Division | Jane Terwilliger |
| P.O. Box 30758 | 27555 Executive Drive, Suite 250 |
| Lansing, MI 48909 | Farmington Hills, MI 48331 |
| (517) 373-7700 | (248) 489-4100 |
| smithj46@michigan.gov | mdebler@jrsjlaw.com |
| morrisw@michigan.gov | lbrown@jrsjlaw.com |

_____/

## STIPULATED ORDER OF DISMISSAL OF COMMUNITY MENTAL HEALTH PARTNERSHIP OF SOUTHEAST MICHIGAN AND JANE TERWILLIGER

The parties in the above-entitled cause, by their respective counsel, hereby stipulate and agree that an Order be entered forthwith dismissing Defendants, COMMUNITY MENTAL HEALTH PARTNERSHIP OF SOUTHEAST MICHIGAN and JANE TERWILLIGER, with prejudice, and without costs, interest or attorney fees to any party.

IT IS SO ORDERED.


Dated: October 23, 2016           s/Robert H. Cleland
                                   Honorable Robert H. Cleland
                                   United States District Judge

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 23, 2016, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
313-234-5522

STIPULATED AND AGREED TO BY:

/s/ Andrea L. Rizor
Andrea L. Rizor (P78382)
Attorney for Plaintiffs
Michigan Protection & Advocacy Service
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
(517) 487-1755


/s/ Margaret T. Debler (with consent)
Margaret T. Debler  (P43905)
Laura Bailey Brown (P79742)
Attorney for Defendants LCCMH,
Conklin, CMHPSM and Jane Terwilliger
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331
(248) 489-4100
mdebler@jrsjlaw.com
lbrown@jrsjlaw.com

/s/ Joshua S. Smith  (w/consent)
Joshua S. Smith (P63349)
William R. Morris (P31957)
Attorneys for Defendants Nick Lyon and

Michigan Dept. of Health and Human Srvc.
Michigan Dept. of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
smithj46@michigan.gov
morrisw@michigan.gov